THE PRESIDENT, &c. OF THE OHIO AND MISSISSIPPI RAILROAD COMPANY v. CLEMENT.

APPEAL from the *Jennings* Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed, with costs, and 5 per cent. damages, for the reasons given in the case of the same appellant against *Quier*, at the present term, *ante*, p. 440.

*Monday, June 17.*

*T. Gazlay* and *L. Bingham*, for the appellants.

*H. C. Newcomb* and *J. Tarkington*, for the appellees.